# IN THE SUPREME COURT OF ALABAMA



April 18, 2025

SC-2024-0290

Beverly Owen Barber v. Danny Mitchell and Mitchell's Paradise Campground (Appeal from St. Clair Circuit Court: CV-21-900150).

SC-2024-0488

Beverly Owen Barber v. Danny Mitchell (Appeal from St. Clair Circuit Court: CV-21-900150).

SC-2024-0571

Beverly Owen Barber v. Danny Mitchell (Appeal from St. Clair Circuit Court: CV-21-900150).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the applications for rehearing filed in the above-styled cases and indicated below was entered in the above-styled cases on April 18, 2025:

**Applications Overruled. No Opinion.** PER CURIAM. Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, Mitchell, and McCool, JJ., concur.

WHEREAS, the appeals in the above-styled cases have been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in the above-styled cases on March 7, 2025:

**Affirmed. No Opinion.** PER CURIAM. Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, Mitchell, and McCool, JJ., concur.

# IN THE SUPREME COURT OF ALABAMA



April 18, 2025

WHEREAS, the Supreme Court of Alabama further considered the imposition of sanctions against Appellant, Beverly Owen Barber, and an Order was entered in the above-styled cases on March 7, 2025, directing Beverly Owen Barber to pay $50,000 in sanctions within 30 days to The Robinson Law Firm, P.C.; therefore

**A judgment in the above-styled cases in the amount of $50,000 is entered against Beverly Owen Barber in favor of The Robinson Law Firm, P.C.** PER CURIAM. Wise, Bryan, Sellers, Mendheim, Mitchell, and McCool, JJ., concur. Shaw, J., concurs specially. Stewart, C.J., dissents.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in the above-styled cases is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of the above-styled cases are hereby taxed as provided by Rule 35, Ala. R. App. P.

**I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**